lant.— Motion for leave to appeal to the Court of Appeals denied. Stay continued for thirty days to enable defendant to apply to the Court of Appeals. Present — Kelly, P. J., Rich, Manning, Kelby and Young, JJ.

Rose M. Spinella, Respondent, v. Philip Spinella, Appellant.— It was stated on the oral argument of this motion, and confirmed by a letter sent by attorney for defendant's wife, that the parties had become reconciled and did not desire to proceed with the action. For that reason the motion for a stay is dismissed. Present — Kelly, P. J., Rich, Manning, Kelby and Young, JJ.

William Stevens, Respondent, v. Harry Jacobs and Another, etc., Appellants.— Motion for leave to appeal to the Court of Appeals denied. Present — Kelly, P. J., Rich, Manning, Kelby and Young, JJ.

Patrick J. Sullivan, Appellant, v. Firemen's Mutual Benevolent Association of the City of New York and Another, Respondents.— Motion for leave to appeal to the Court of Appeals denied. Present — Kelly, P. J., Rich, Manning, Kelby and Young, JJ.

Frances Sutherland, Respondent, v. Robert Sutherland, Appellant.— Motion to dispense with printing record on appeal denied, without costs. Present — Kelly, P. J., Rich, Manning, Kelby and Young, JJ.

Hector W. Thomas and Others, etc., Respondents, v. Hugo Zeller and Another, Executors, etc., Appellants.— Motion for leave to appeal to the Court of Appeals denied. Present — Kelly, P. J., Rich, Manning, Kelby and Young, JJ.

Hector W. Thomas and Others, etc., Respondents, v. Hugo Zeller and Another, Executors, etc., Appellants.— Stay continued for thirty days to enable appellants to apply to the Court of Appeals. Present — Kelly, P. J., Rich, Manning, Kelby and Young, JJ.

Transcontinental Engineering Corporation, Appellant, v. Roland R. Conklin, Respondent.— Plaintiff's motion for leave to print papers used on the application to resettle the case on appeal herein as part of the main case on appeal granted, this to be done, however, without duplication of any paper already included in the main case on appeal. Present — Kelly, P. J., Rich, Manning, Kelby and Young, JJ.

Transcontinental Engineering Corporation, Appellant, v. Roland R. Conklin, Respondent.— Motion to dismiss appeal denied on condition that appellant perfect the appeal for the November term (for which term this case is set down) and be ready for argument when reached; otherwise, motion granted. with ten dollars costs. Present — Kelly, P. J., Rich, Manning, Kelby and Young, JJ.

Frederick Ernest Traub, Respondent, v. Arrow Manufacturing Corporation and Others, Appellants.— Motion for stay granted on consent. Present — Kelly, P. J., Rich, Manning, Kelby and Young, JJ.

Catherine Wissner, Appellant, v. Frank Hartmann, Respondent.— Motion to compel restitution of costs paid under an execution granted. Present — Kelly, P. J., Rich, Manning, Kelby and Young, JJ. Settle order on notice.

Sarah W. Carr, Respondent, v. The Brooklyn City Railroad Company, Defendant, Impleaded with The Great Atlantic and Pacific Tea Company, Appellant.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Kelly, P. J., Rich, Jaycox, Kelby and Young, JJ.

Bird S. Coler, Commissioner of Public Welfare of the City of New York,